FILED'06 SEP 11 11:42USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TONY KOVACEVIC,                )
                               )
            Plaintiff,         )    Case No. 05-512-PK
                               )
     vs.                       )    ORDER
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social Security,)
                               )
            Defendant.         )

Merrill Schneider
Schneider Law Offices
14415 SE Stark
P.O. Box 16310
Portland, Oregon 97292

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Craig J. Casey
Neil J. Evans
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Michael McGaughran
Daphne Banay
Social Security Administration
701 Fifth Avenue, Suite #2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 21, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#21).

    IT IS HEREBY ORDERED that the Commissioner's Motion to Remand (#13) is GRANTED and the case is REMANDED for further proceedings in accordance with the Findings and Recommendation.

    Dated this ___8th___ day of September, 2006.

                                   /s/ Garr M. King
                                   Garr M. King
                                   United States District Judge

Page 2 - ORDER