FILED'06 OCT 02 15:01USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TONY KOVACEVIC, | Civil No. 05-512-PK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARTNHART, Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,400.00 and costs in the amount of $250.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 2nd day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [05-512-PK]