FILED
APR -7 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TONY KOVACEVIC,**   Civil Case No. 05-512-PK

    Plaintiff,

                                            O R D E R

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

    Defendant.

---

    Merrill Schneider
    Schneider Law Offices
    14415 SE Stark
    P.O. Box 16310
    Portland , Oregon  97292

        Attorney for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Daphne Banay
Michael McGaughran
Social Security Administration
701 Fifth Avenue, Suite #2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on March 2, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation dated March 2, 2010 (#29) in its entirety.

IT IS HEREBY ORDERED that Kovacevic's Motion for Attorney Fees (#27) is GRANTED and Kovacevic's counsel will be paid $3,317.28 out of Kovacevic's retroactive benefits award.

DATED this 7th day of April, 2010.

                                              _____
                                              GARR M. KING
                                              United States District Judge

Page 2 - ORDER